1  ANDERSON LAW FIRM
   MARTIN W. ANDERSON, State Bar No. 178422
2  2070 North Tustin Avenue
   Santa Ana, California 92705
3  Tel:  (714) 516-2700 ▪ Fax:  (714) 532-4700
   E-mail:  martin@andersonlaw.net
4
   CALIFORNIA LEMON LAW CENTER, INC.
5  LUCY KASPARIAN, State Bar No. 228932
   535 W. Glenoaks Blvd.
6  Glendale, California 91201
   Tel:  (818) 547-5777 ▪ Fax:  (818) 547-9777
7  E-mail:  lucy@cllclaw.com

8  Attorneys for Plaintiff Mamikon Karapetian

9          **UNITED STATES DISTRICT COURT**

10          **CENTRAL DISTRICT OF CALIFORNIA**

11          **SOUTHERN DIVISION**

12

13  MAMIKON KARAPETIAN,                Case No. SA CV 08-00227 CJC
                                       (RNBx)
14                      Plaintiff,
                                       HON. CORMAC J. CARNEY
15                                     Courtroom 9B
16  v.                                 [PROPOSED] ORDER ON
                                       PARTIES' STIPULATION FOR
17                                     ORDER DISMISSING ACTION
    KIA MOTORS AMERICA, INC.,          WITH PREJUDICE
18
                                       Complaint Filed:  February 15, 2008
19                      Defendant.     Trial Date:  December 21, 2010

20

21      The parties have stipulated that the action should be dismissed with

22  prejudice.  Accordingly, the entire action is dismissed with prejudice.

    DATED:  December 07, 2010
23

24

25  _____
    CORMAC J. CARNEY
26  UNITED STATES DISTRICT JUDGE

27

28

ANDERSON LAW FIRM
2070 NORTH TUSTIN AVENUE
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 516-2700